IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

v.       Case No. 20-cr-1155 KG

ALEJANDRA ARIAS,

    Defendant.

## ORDER

This matter is before the Court *sua sponte*. Defendant Alejandra Arias filed a *pro se* Motion to Reduce Sentence pursuant to 18 U.S.C. § 3582 on August 22, 2022. (Doc. 33). In the Motion, she requested appointment of counsel. *Id*. at 6, § V. On October 18, 2022, the Court appointed Brock Benjamin from the CJA panel. (Doc. 37).

It is hereby ordered that no later than November 16, 2022, Mr. Benjamin may file an amended motion should he determine such amended motion is necessary.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE